IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KATHY L. MARTINEZ,**

       **Plaintiff,**

v.                                         No. CIV-12-0554 LAM

**CAROLYN W. COLVIN,[1] Commissioner**
of the Social Security Administration,

       **Defendant.**

# FINAL ORDER

      **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **DENYING** Plaintiff's *Motion to Reverse and Remand for a Rehearing With Supporting Memorandum (Doc. 21)*, **AFFIRMING** the decision of the Commissioner, and **DISMISSING** this action with prejudice.

      **IT IS SO ORDERED.**

                                            */s/ Lourdes A. Martínez*
                                     **THE HONORABLE LOURDES A. MARTÍNEZ**
                                     **UNITED STATES MAGISTRATE JUDGE**
                                     **Presiding by Consent**

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ms. Colvin, who is the new Commissioner of the Social Security Administration, was automatically substituted as the named defendant in this case in place of the former Commissioner, Michael J. Astrue.